UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60116-CR-COHN/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUREN SOTO-BONILLA, et al.

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Robert Perez' Motion to Appear *Pro Hac Vice* (DE 43 & 59) on behalf of defendant **Yuren Soto-Bonilla**. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Robert Perez, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Yuren Soto-Bonilla** in this cause; Hugo Rodriguez, Esquire, is designated as local counsel. It is further

ORDERED and ADJUDGED that the Motion to Appear *Pro Hac Vice* (DE 25) is DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of July, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Julia Vaglienti (FTL)
Hugo Rodriguez, Esq. (D-Soto-Bonilla and Local Counsel for Perez)
Robert Perez, Esq. (D-Soto-Bonilla)
Martin Feigenbaum, Esq. (D-Cardona and Local Counsel for Macias)
Francisco Macias, Esq. (D_Cardona)
Chris Mancini, Esq.

Ms. Catherine Wade (MIA)
  Executive Service Administrator